UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clayton Andrew Perry, et al., | No. C 05-4686  WDB |
| Plaintiffs, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| Matthew Epstein, Jacob Y. Cuadrez, Steve Heisinger, Ian Maddison, Mill Valley Police Department, and City of Mill Valley, | |
| Defendants. _____/ | |

On April 27, 2006, the Court conducted a status conference in this matter. For reasons more fully explained on the record, the Court ORDERED as follows:

1.   **As soon as possible, and by no later than May 5, 2006**, Defendants must propound to Plaintiffs one special interrogatory, asking Plaintiffs to set forth all the facts and evidence that supports the notion that there existed a conspiracy among any of the defendants to commit the acts complained of in the First Amended Complaint.

2.   Plaintiffs intend to retain their claim under California Civil Code § 43 because they believe this statute permits imposition of liability on a theory of respondeat superior, a theory that is not recognized under Plaintiffs' federal claims.

3.   The Court GRANTED Plaintiffs' oral motion to strike their claim under California Civil Code §1708 from the First Amended Complaint.

1

4.      **By Thursday, May 18, 2006,** counsel for Plaintiffs and counsel for Defendants must meet and confer with regard to the following substantive issues in the First Amended Complaint:

(a)   to what extent Plaintiffs' claims with regard to events occurring on August 17, 2005 remain viable; and

(b)   whether (and under what circumstances) co-conspirators may be liable for punitive damages for acts committed by other members of a conspiracy.

5.      **By Thursday, June 1, 2006,** Defendants must file motions, if any, on substantive matters left unresolved by the parties' meet and confer as ordered in paragraph 4.

6.      The parties indicated on the record that they would be amenable to participating in alternative dispute resolution, either in the form of Early Neutral Evaluation ("ENE") or mediation.  **By Thursday, May 4, 2006 at 10:00 a.m.,** counsel for Plaintiffs must contact the Court at 510-637-3324 to notify the Court whether the parties desire to proceed with ENE or, alternatively, with mediation.  Upon receiving this information, the Court will contact the ADR department to facilitate scheduling the process the parties select.  The Court VACATES the ENE session currently set for July 30, 2006.

7.      Plaintiffs represented to the Court that they have located defendant Matthew Epstein and will serve him promptly.

IT IS SO ORDERED.

Dated: May 1, 2006        */s/ Wayne D. Brazil*
                          WAYNE D. BRAZIL
                          United States Magistrate Judge

Copies to:
Parties, WDB, Stats.