UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clayton Andrew Perry, et al., | No. C 05-4686 WDB |
| Plaintiffs, | ORDER GRANTING EXTENSION TO COMPLETE EARLY NEUTRAL EVALUATION |
| v. | |
| Matthew Epstein, Jacob Y. Cuadrez, Steve Heisinger, Ian Maddison, Mill Valley Police Department, and City of Mill Valley, | |
| Defendants. | |

The parties having entered into a Stipulation filed on June 27, 2006, to extend the ENE compliance date and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the ENE compliance date shall be extended to October 3, 2006.

Dated: August 2, 2006        /s/ Wayne D. Brazil
                             WAYNE D. BRAZIL
                             United States Magistrate Judge

Copies to:
Parties, WDB, Stats.

1