UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON ANDREW PERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW EPSTEIN, JACOB Y. CUADREZ, STEVE HEISINGER, IAN MADDISON, MILL VALLEY POLICE DEPARTMENT, AND CITY OF MILL VALLEY, <br><br> Defendants. <br> _____/ | No. C 05-4686  WDB <br><br> ORDER FOLLOWING *IN CAMERA* REVIEW |

On August 29, 2006, the Court conducted a further telephonic status conference in this matter. In its Order following the conference (filed on August 30, 2006), the Court Ordered Defendants to <u>lodge</u> with this Court for *in camera* review*,* by September 15, 2006, portions of the personnel files of Officers Epstein, Cuadrez and Heisinger regarding any disciplinary proceedings or complaints (from within or outside the Mill Valley police department) about conduct arguably similar to any of the misconduct alleged by Plaintiffs in this action. As ordered, on September 15, 2006, counsel for Defendants lodged relevant files, accompanied by a letter describing the files lodged and asserting substantive arguments as to why counsel believed they should not be produced to Plaintiffs.

1

Defendants' counsel lodged the following documents provided by the Mill Valley Police Department, all of which relate to Officer Epstein and all of which the Court has now reviewed:

    (1)    Internal Affairs Investigation file #02-01 regarding Officer Epstein

    (2)    Internal Affairs Investigation file #05-03 regarding Officer Epstein

    (3)    Internal Affairs Investigation file #05-04 regarding Officer Epstein

In his letter accompanying the documents, Defendants' counsel explained that there were no relevant files to be produced for any of the other officers.

Having completed its review, the Court now ORDERS Defendants to produce to Plaintiffs **immediately** Internal Affairs Investigation **file #05-04** regarding Officer Epstein. Files #02-01 and #05-03 need not be produced.

All documents produced pursuant to this Order are subject to the following **Protective Order**, which the Court now enters: All documents produced are to be used for purposes of this litigation only. Contents of the files may not be disclosed to any person outside this litigation. At the conclusion of this matter, Plaintiffs must promptly return to Defendants' counsel all copies of the documents.

IT IS SO ORDERED.

*/s/ Wayne D. Brazil*

Dated: September 28, 2006

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats,

2