LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| THOMAS F. BERTRAND | THE WATERFRONT BUILDING | TELECOPIER: (415) 353-0990 |
| GREGORY M. FOX | 2749 HYDE STREET | |
| EUGENE B. ELLIOT | SAN FRANCISCO, CALIFORNIA 94109 | OF COUNSEL |
| DANA L. SOONG | TELEPHONE: (415) 353-0999 | NANCY A. HUNEKE |
| RICHARD W. OSMAN | E-Mail: rosman@bfesf.com | ARLENE HELFRICH |
| MICHAEL C. WENZEL | | RICHARD E. HAMMOND |
| HELEN M. KIM | | |
| CHRISTINE LEE | | |

December 4, 2006

Ms. Venice Thomas
Secretary to Chief Magistrate James Larson
United State District Court
450 Golden Gate
San Francisco, CA  94102

*[Court stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge James Larson]*

**RE:** *Perry (Clayton & Luca)s v. City of Mill Valley, et al.*
Case No.: C 05 4686 WDB
BFE File No.: GHP-4398

_____

Dear Ms. Thomas:

As you may recall, this matter was set for a settlement conference on December 1, 2006 which did not occur due to the unexpected birth of my child.

I have spoken with Mr. Heron as requested and confirmed that he can be available until 11:30 a.m. on Friday, December 15, 2006.  Therefore, we request that this matter be set for a settlement conference at 10:00 a.m. on December 15, 2006.

Should you have any questions or require any additional information, please do not hesitate to contact me.  Thank you for your attention to this matter.

Very truly yours,

BERTRAND, FOX & ELLIOT

/S/
By:_____
Richard W. Osman

RWO:kaa
Cc:  Patrick Heron