UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON ANDREW PERRY and<br>LUCAS SCOTT PERRY<br><br>    Plaintiffs ,<br>   v.<br><br>CITY OF MILL VALLEY, et al.<br><br>    Defendants.<br>_____/ | No.  C 05-04686 WDB<br><br><br><br>**ORDER** |

Having been informed by counsel that the parties reached a settlement agreement, the court hereby VACATES the Case Management Conference set for Thursday, January 11, 2007.  The court commends the parties for their efforts.

**By no later than February 5, 2007,** the parties must file a stipulated dismissal.

IT IS SO ORDERED.

Dated:  January 5, 2007

                                                                        */s/ Wayne D. Brazil*
                                                                        _____
                                                                        WAYNE D. BRAZIL
                                                                        United States Magistrate Judge

Copies to:
       All parties, WDB, Stats