Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
CITY OF MILL VALLEY/MILL VALLEY
POLICE DEPARTMENT, JACOB Y. CUADREZ,
STEVE HEISINGER, MATTHEW EPSTEIN
and IAN MADDISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON ANDREW PERRY and LUCAS SCOTT PERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW EPSTEIN, JACOB Y. CUADREZ, STEVE HEISINGER, IAN MADDISON, MILL VALLEY POLICE DEPARTMENT, CITY OF MILL VALLEY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 05 4686 WDB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed, with prejudice, in its entirety as to all defendants, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

Dated: January 20, 2007

LAW OFFICES OF J. PATRICK HERON

By: _____
J. Patrick Heron
Attorney for Plaintiffs

STIPULATION OF DISMISSAL WITH PREJUDICE *Perry v. City of Mill Valley*, Case No. C-05-4686WDB     1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 26, 2007 | BERTRAND, FOX & ELLIOT |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Thomas F. Bertrand |
| 6 | | Richard W. Osman |
| | | Attorneys for Defendants |
| 7 | | CITY OF MILL VALLEY/MILL VALLEY POLICE DEPARTMENT, JACOB Y. CUADREZ, STEVE HEISINGER, MATTHEW EPSTEIN and IAN MADDISON |

Approved -- 1/26/2007

/s/ Wayne D. Brazil
Wayne D. Brazil
U.S. Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUDICE *Perry v. City of Mill Valley*, Case No. C-05-4686WDB

2